**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John David Duff, | ) | |
|     Petitioner, | ) | CV 06-1764-PHX-PGR (MEA) |
| v. | ) | **ORDER** |
| Dora Schriro, et al., | ) | |
|     Respondents. | ) | |

The Court having reviewed *de novo* the Report and Recommendation (Doc. 13) of Magistrate Judge Aspey, entered on February 26, 2007, in light of the Petitioner's objections to the Report and Recommendation, and the Court finding that the Petitioner's objections have no merit,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 13)** is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus by Person in State Custody pursuant to 28 U.S.C. § 2254 **(Doc. 1)** is DENIED. The Clerk of the Court is directed to enter judgment accordingly.

DATED this <u>4th</u> day of April, 2007.

Paul G. Rosenblatt
United States District Judge